IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOHN FRATUS,**

                  Plaintiff,

      **v.**

**MAZYCK, et al.,**

                  Defendants.

Case No. 2:16-cv-00076-KJM-EFB (PC)

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

    Good cause appearing, Defendant Lay's First Request for an Extension of Time to File a Responsive Pleading is GRANTED. Defendant Lay may file a responsive pleading on or before November 1, 2017.

Dated: October 2, 2017.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE