IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,** | Case No. 2:16-cv-00076-KJM-EFB (PC) |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| v. | |
| **MAZYCK, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' Motion to Modify the Discovery and Scheduling Order, and good cause appearing:

IT IS HEREBY ORDERED that the November 3, 2017 deadline for Defendants Mazyck, Garland, Kernan, Porter, Telles, and Wilson to file a dispositive motion is vacated. The Court will issue a new deadline after the November 9, 2017 settlement conference, if necessary. All other deadlines remain in place.

Dated: October 11, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE